UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

WONG SILK LEUNG,                           :
                                           :
                    Plaintiff,             :
                                           :       09 Cv. 2528 (BSJ)
              v.                           :       **Order**
                                           :
DEPARTMENT OF HOMELAND SECURITY, I.C.E.     :
                                           :
                    Defendant.             :

------------------------------------------x

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

In this action, Petitioner, Wong Silk Leung, who is subject
to a final order of removal, filed a habeas petition on March
19, 2009, seeking release from the custody of the Immigration
and Customs Enforcement ("ICE"). More specifically, Petitioner
has challenged only the lawfulness of his administrative
detention because, for more than six months, ICE was unable to
obtain the travel documents necessary to remove him to China.
(Petition at 1.) However, the government has submitted proof
indicating that the day after this petition was docketed – on
March 20, 2009 – ICE removed Petitioner to China.

In light of the government's submission that the ICE
removed Petitioner to China, Petitioner's claim for habeas
relief is DISMISSED as moot. See, e.g., Abadala v. INS, 488 F.3d
1061, 1064-65 (9th Cir. 2007)(petition moot where petitioner
"challenged only the length of his detention at the INS

1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/09

facility" and was thereafter deported); McClatchie v. Sherriff,

Clinton Country Jail, No. 9:07-CV-918, 2009 WL 511376, at *2

(N.D.N.Y. Feb. 27, 2009)("Here, by his habeas corpus petition,

McClatchie sought release from custody. He thereafter agreed to

his removal and deportation from the United States. The petition

therefore became moot); see also Pierrilus v. ICE, 293 Fed.

Appx. 78, 79 (2d Cir. Sept. 18, 2008)("Petitioner's challenge to

the length of his detention is moot as a result of his release

from DHS custody."); Syavong v. McElroy, No. 00 Civ. 0922

(WHP)(FM), 2003 WL 470576, at *3 (S.D.N.Y. Jan. 9, 2003)("After

his petition was filed, Sayavong was released from ICE custody

pursuant to an Order of Supervision… [T]he only relief sought by

Sayavong's petition seeking release from (INS) custody is moot

when petitioner is no longer in [INS] custody.").

Accordingly, the Clerk of the Court is directed to close

this case.


**SO ORDERED:**

_____
**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**


Dated:    New York, New York
          September 15, 2009


2